**RECEIVED**

DEC - 5 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| MELVIN TASSIN<br>La. DOC #192651 | CIVIL ACTION NO. 08-1041 |
| VS. | SECTION P |
| LAFAYETTE PARISH CORRECTIONS<br>CENTER, ET AL. | JUDGE DOHERTY<br>MAGISTRATE JUDGE METHVIN |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED RECOMMENDED** that plaintiff's Civil Rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(d)(2)(b)(i) and (ii) and § 1915A(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _3_ day of _____2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE